IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNETH ROWAN                                                                                          PETITIONER

v.                                    NO. 5:15-cv-00232 PSH

WENDY KELLEY, Director of the                                                              RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for respondent Wendy Kelley.

IT IS SO ORDERED this 11th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE